JURY,TYPE–A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:20–cv–03158–APM

PAIGE v. GOOGLE LLC et al  
Assigned to: Judge Amit P. Mehta  
Demand: $5,000,000  
 Cases:   1:20–cv–03010–APM  
          1:20–cv–03556–APM  
          1:20–cv–03557–APM  
Cause: 15:2 Antitrust Litigation

Date Filed: 10/30/2020  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti–Trust  
Jurisdiction: Federal Question

**Plaintiff**

**J. JACKSON PAIGE**  
*on behalf of himself and all others similarly situated*

represented by **Alec Blaine Finley**  
CUNEO GILBERT & LADUCA, LLP  
4725 Wisconsin Avenue NW  
Suite 200  
Washington, DC 20016  
202–789–3960  
Email: bfinley@cuneolaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Gerard V. Mantese**  
MANTESE HONIGMAN PC  
1361 E Big Beaver Road  
Troy, MI 48083  
248–457–9200  
Email: gmantese@manteselaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Kathryn Eisenstein**  
MANTESE HONIGMAN PC  
1361 E Big Beaver  
Troy, MI 48083  
248–457–9200  
Email: keisenstein@manteselaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ryan Hansen**  
MANTESE HONIGMAN PC  
1361 E Big Beaver Rd  
Troy, MI 48083  
248–457–9200  
Email: rhansen@manteselaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

                         **Victoria Sims**
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
202–789–3960
Fax: 202–789–1813
Email: vicky@cuneolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Watson Cuneo**
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
(202) 789–3960
Fax: (202) 789–1813
Email: jonc@cuneolaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE LLC**  represented by  **Brian Christopher Rocca**
MORGAN LEWIS
One Market, Spear Street Tower
San Francisco, CA 94105
415–442–1000
Fax: 415–442–1001
Email: brian.rocca@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan M. Killian**
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004–2541
202–739–3000
Fax: 202–739–3001
Email: bryan.killian@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Taffet**
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
212–309–6795
Fax: 212–309–6001
Email: richard.taffet@morganlewis.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **ALPHABET INC.** | represented by | **Brian Christopher Rocca** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Bryan M. Killian** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Richard S. Taffet** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2020 | Ï 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 400 receipt number ADCDC−7781507) filed by J. JACKSON PAIGE. (Attachments: # 1 Civil Cover Sheet, # 2 Notice to Counsel/Party of Designation of Related Civil Case, # 3 Summons as to Google LLC, # 4 Summons as to Alphabet Inc.)(Cuneo, Jonathan) (Entered: 10/30/2020) |
| 11/03/2020 | Ï 2 | NOTICE OF RELATED CASE by J. JACKSON PAIGE. Case related to Case No. 20−3010. (adh, ) (Entered: 11/03/2020) |
| 11/03/2020 | Ï 3 | ERRATA *to Class Action Complaint* by J. JACKSON PAIGE 1 Complaint, filed by J. JACKSON PAIGE. (Attachments: # 1 Exhibit A)(Cuneo, Jonathan) (Entered: 11/03/2020) |
| 11/04/2020 | Ï | Case Assigned to Judge Amit P. Mehta. (zsb) (Entered: 11/04/2020) |
| 11/04/2020 | Ï 4 | SUMMONS (2) Issued Electronically as to ALPHABET INC., GOOGLE LLC. (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 11/04/2020) |
| 11/09/2020 | Ï 5 | NOTICE pursuant to R.P.J.P.M.L. 4.l(b) of PLAINTIFF'S MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407. by J. JACKSON PAIGE (zrdj) (Entered: 11/13/2020) |
| 11/14/2020 | Ï 6 | ENTERED IN ERROR.....CERTIFICATE OF SERVICE by J. JACKSON PAIGE re 3 Errata, 1 Complaint, 2 Notice of Related Case, 4 Summons Issued Electronically *on Google LLC*. (Cuneo, Jonathan) Modified on 11/19/2020 (eg). (Entered: 11/14/2020) |
| 11/14/2020 | Ï 7 | ENTERED IN ERROR.....CERTIFICATE OF SERVICE by J. JACKSON PAIGE re 3 Errata, 1 Complaint, 2 Notice of Related Case, 4 Summons Issued Electronically *on Alphabet Inc.*. (Cuneo, Jonathan) Modified on 11/19/2020 (eg). (Entered: 11/14/2020) |
| 11/19/2020 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 6 Certificate of Service, 7 Certificate of Service was entered in error and counsel was instructed to refile said pleading using correct event. (eg) (Entered: 11/19/2020) |

| | | |
|---|---|---|
| 11/23/2020 | Ï 8 | NOTICE of Appearance by Bryan M. Killian on behalf of ALPHABET INC., GOOGLE LLC (Killian, Bryan) (Entered: 11/23/2020) |
| 11/23/2020 | Ï 9 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ALPHABET INC., GOOGLE LLC (Killian, Bryan) (Entered: 11/23/2020) |
| 11/23/2020 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian C. Rocca, Filing fee $ 100, receipt number ADCDC–7869861. Fee Status: Fee Paid. by ALPHABET INC., GOOGLE LLC (Attachments: # 1 Declaration of Brian C. Rocca in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Killian, Bryan) (Entered: 11/23/2020) |
| 11/23/2020 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Richard S. Taffet, Filing fee $ 100, receipt number ADCDC–7869912. Fee Status: Fee Paid. by ALPHABET INC., GOOGLE LLC (Attachments: # 1 Declaration Declaration of Richard S. Taffet in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Killian, Bryan) (Entered: 11/23/2020) |
| 11/23/2020 | Ï 13 | NOTICE of Supplemental Information re MDL No. 2981 by J. JACKSON PAIGE (zrdj) (Entered: 11/25/2020) |
| 11/24/2020 | Ï 12 | MOTION to Transfer Case *and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to United States v. Google LLC* by ALPHABET INC., GOOGLE LLC (Attachments: # 1 Memorandum in Support, # 2 Declaration of Brian C. Rocca in Support of Defendants' Motion to Transfer Under 28 U.S.C. 1404; and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to United States v. Google LLC, # 3 Exhibit A – Epic Games, Inc. v. Google LLC Complaint v., # 4 Exhibit B – Consolidated Complaint Filed in Carr v. Google LLC, # 5 Exhibit C – Consolidated Complaint Filed in Pure Sweat Basketball v. Google LLC, # 6 Exhibit D – Complaint Filed in McNamara v. Google LLC, # 7 Exhibit E – Complaint Filed in Herrera v. Google LLC, # 8 Exhibit F – Complaint Filed in Carroll v. Google LLC, # 9 Exhibit G – Complaint Filed in Robert v. Google LLC, # 10 Exhibit H – Complaint Filed in Gamble v. Google LLC, # 11 Exhibit I – Complaint Filed in Esquivel v. Alphabet Inc., # 12 Exhibit J – Civil Minutes Entered by Judge Donato October 9, 2020, # 13 Exhibit K – Civil Minutes Entered by Judge Donato October 29, 2020, # 14 Exhibit L – Stipulation and Proposed Scheduling Order Filed November 6, 2020, # 15 Exhibit M – Motion to Dismiss, # 16 Exhibit N – Order by Judge Donato Consolidating Cases, # 17 Declaration of Paul Cooper in Support of Defendants' Motion to Transfer Under 28 U.S.C. 1404, # 18 Exhibit A – Google Play Terms Of Service in Effect on February 13, 2018, # 19 Exhibit B – Google Terms of Service in Effect on February 13, 2018, # 20 Declaration of Daniel S. Friedland in Support of Defendants' Motion to Transfer Under 28 U.S.C. 1404, # 21 Text of Proposed Order)(Killian, Bryan) (Entered: 11/24/2020) |
| 11/25/2020 | Ï | MINUTE ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. Attorney Brian C. Rocca is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 11/25/2020. (lcapm1) (Entered: 11/25/2020) |
| 11/25/2020 | Ï | MINUTE ORDER granting 11 Motion for Leave to Appear Pro Hac Vice. Attorney Richard S. Taffet is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 11/25/2020. (lcapm1) (Entered: 11/25/2020) |
| 11/25/2020 | Ï 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Victoria Sims, Filing fee $ 100, receipt number ADCDC–7882341. Fee Status: Fee Paid. by J. JACKSON PAIGE (Attachments: # 1 Declaration Declaration of Victoria Sims in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Text of Proposed Order)(Cuneo, Jonathan) (Entered: 11/25/2020) |
| 11/25/2020 | Ï 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alec Blaine Finley Jr., Filing fee $ 100, receipt number ADCDC–7882399. Fee Status: Fee Paid. by J. JACKSON PAIGE |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Alec Blaine Finley Jr. in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Cuneo, Jonathan) (Entered: 11/25/2020) |
| 11/30/2020 | Ï | MINUTE ORDER granting 14 Motion for Leave to Appear Pro Hac Vice. Attorney Victoria Sims is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions** Signed by Judge Amit P. Mehta on 11/30/2020. (lcapm1) (Entered: 11/30/2020) |
| 11/30/2020 | Ï | MINUTE ORDER granting 15 Motion for Leave to Appear Pro Hac Vice. Attorney Alec Blaine Finley, Jr. is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions** Signed by Judge Amit P. Mehta on 11/30/2020. (lcapm1) (Entered: 11/30/2020) |
| 12/03/2020 | Ï 16 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by ALPHABET INC., GOOGLE LLC (Attachments: # 1 Text of Proposed Order)(Killian, Bryan) (Entered: 12/03/2020) |
| 12/04/2020 | Ï 17 | ORDER granting 16 Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading. Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is hereby extended pending the court's determination of 12 Defendants' Motion to Transfer. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/4/2020. (lcapm2) (Entered: 12/04/2020) |
| 12/08/2020 | Ï 18 | ENTERED IN ERROR.....Memorandum in opposition to re 12 MOTION to Transfer Case *and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to United States v. Google LLC* filed by J. JACKSON PAIGE. (Attachments: # 1 Declaration of J. Jackson Paige, # 2 Text of Proposed Order)(Cuneo, Jonathan) Modified on 12/9/2020 (eg). (Entered: 12/08/2020) |
| 12/08/2020 | Ï 19 | Memorandum in opposition to re 12 MOTION to Transfer Case *and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to United States v. Google LLC Amended Version* filed by J. JACKSON PAIGE. (Attachments: # 1 Exhibit A – Declaration of J. Jackson Paige, # 2 Exhibit B – Comparison of Paige and Government Complaints, # 3 Text of Proposed Order)(Cuneo, Jonathan) (Entered: 12/08/2020) |
| 12/09/2020 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 18 Memorandum in Opposition, was entered in error and counsel has refiled said pleading in docket entry 19 . (eg) (Entered: 12/09/2020) |
| 12/14/2020 | Ï 29 | NOTICE of Appearance and Reply Memorandum filed in MDL 2981 by J. JACKSON PAIGE (Attachments: # 1 Reply Memorandum, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Proof of Service)(eg) (Entered: 12/23/2020) |
| 12/15/2020 | Ï 20 | REPLY to opposition to motion re 12 MOTION to Transfer Case *and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to United States v. Google LLC* filed by ALPHABET INC., GOOGLE LLC. (Attachments: # 1 Declaration of Paul Cooper, # 2 Exhibit C to Supplemental Declaration of Paul Cooper, # 3 Declaration of Brian C. Rocca, # 4 Exhibit A to Declaration of Brian C. Rocca, # 5 Exhibit B to Declaration of Brian C. Rocca, # 6 Exhibit C to Declaration of Brian C. Rocca, # 7 Exhibit D to Declaration of Brian C. Rocca)(Killian, Bryan) (Entered: 12/15/2020) |
| 12/16/2020 | Ï 21 | NOTICE of Appearance by Brian Christopher Rocca on behalf of ALPHABET INC., GOOGLE LLC (Rocca, Brian) (Entered: 12/16/2020) |
| 12/16/2020 | Ï 22 | NOTICE of Appearance by Richard S. Taffet on behalf of ALPHABET INC., GOOGLE LLC (Taffet, Richard) (Entered: 12/16/2020) |
| 12/17/2020 | Ï | NOTICE of Hearing: Status Conference set for 12/23/2020 at 3:30 PM via teleconference before Judge Amit P. Mehta. The courtroom deputy will provide counsel with dial–in information for the |

| | | |
|---|---|---|
| | | hearing. Members of the public or media who wish to access the hearing may dial the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 12/17/2020) |
| 12/21/2020 | Ï 23 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Gerard V. Mantese, Filing fee $ 100, receipt number ADCDC–7985090. Fee Status: Fee Paid. by J. JACKSON PAIGE (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Cuneo, Jonathan) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kathryn Regan Eisenstein, Filing fee $ 100, receipt number ADCDC–7985184. Fee Status: Fee Paid. by J. JACKSON PAIGE (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Cuneo, Jonathan) (Entered: 12/21/2020) |
| 12/21/2020 | Ï | MINUTE ORDER granting 23 Motion for Leave to Appear Pro Hac Vice. Attorney Gerard V. Mantese is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) Modified on 12/21/2020. (Entered: 12/21/2020) |
| 12/21/2020 | Ï 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ryan Hansen, Filing fee $ 100, receipt number ADCDC–7985263. Fee Status: Fee Paid. by J. JACKSON PAIGE (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Cuneo, Jonathan) (Entered: 12/21/2020) |
| 12/21/2020 | Ï | MINUTE ORDER granting 24 Motion for Leave to Appear Pro Hac Vice. Attorney Kathryn Regan Eisenstein is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) Modified on 12/21/2020. (Entered: 12/21/2020) |
| 12/21/2020 | Ï | MINUTE ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. Attorney Ryan Hansen is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 26 | NOTICE of Appearance by Alec Blaine Finley on behalf of J. JACKSON PAIGE (Finley, Alec) (Entered: 12/21/2020) |
| 12/21/2020 | Ï 27 | NOTICE of Appearance by Jonathan Watson Cuneo on behalf of J. JACKSON PAIGE (Cuneo, Jonathan) (Entered: 12/21/2020) |
| 12/22/2020 | Ï 28 | NOTICE of Appearance by Victoria Sims on behalf of J. JACKSON PAIGE (Sims, Victoria) (Entered: 12/22/2020) |
| 12/23/2020 | Ï 30 | NOTICE of Appearance by Gerard V. Mantese on behalf of All Plaintiffs (Mantese, Gerard) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 31 | NOTICE of Appearance by Kathryn Eisenstein on behalf of All Plaintiffs (Eisenstein, Kathryn) (Entered: 12/23/2020) |
| 12/23/2020 | Ï 32 | NOTICE of Appearance by Ryan Hansen on behalf of All Plaintiffs (Hansen, Ryan) (Entered: 12/23/2020) |
| 12/23/2020 | Ï | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/23/2020 via teleconference. (Court Reporter: William Zaremba) (zjd) (Entered: 12/23/2020) |
| 01/08/2021 | Ï 33 | NOTICE of Presentation or Waiver of Oral Argument in MDL 2981 by J. JACKSON PAIGE (eg) (Entered: 01/12/2021) |
| 01/28/2021 | Ï 34 | |

| | | |
|---|---|---|
| | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GOOGLE LLC served on 11/12/2020, answer due 12/3/2020 (Cuneo, Jonathan) Modified on 1/29/2021 to add serve/due date (eg). (Entered: 01/28/2021) |
| 01/28/2021 | Ï 35 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ALPHABET INC. served on 11/12/2020, answer due 12/3/2020 (Cuneo, Jonathan) Modified on 1/29/2021 to add/serve date (eg). (Entered: 01/28/2021) |
| 02/05/2021 | Ï 36 | CERTIFIED COPY OF TRANSFER ORDER dated 2/5/2021 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the Northern District of California, with the consent of that court, assigned to the Honorable Judge James Donato for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2981) (ztnr) (Entered: 02/08/2021) |
| 02/05/2021 | Ï 37 | EMAIL from the U.S. District Court for the Northern District of California requesting the transfer of the original file to be sent using the extract civil case feature of CM/ECF. (ztnr) (Entered: 02/08/2021) |