**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD (CA Bar No.: 199502)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

*Attorneys for Plaintiff J. Jackson Paige*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>Paige v. Google LLC et al., | CASE NOs. 3:21-MD-02981-JD<br><br>3:21-cv-00977-JD |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff J. Jackson Paige hereby gives notice of his voluntary dismissal of this action. Plaintiff and Defendants shall bear their own attorneys' fees and costs. Defendants have not filed answers or motions for summary judgment.

| Dated: November 3, 2021 | Respectfully submitted, |
|---|---|
| | **TOSTRUD LAW GROUP, P.C.** |
| | By: */s/ Jon A. Tostrud*<br>Jon A. Tostrud (CA Bar No.: 199502)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 278-2600<br>Facsimile: (310) 278-2640<br>Email: jtostrud@tostrudlaw.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Jon A. Tostrud*
Jon A. Tostrud